```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/3/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raphy Sanchez,

                Plaintiff,

-against-

2050 Valentine Avenue LLC and, Chestnut Holdings of New York, Inc.,

                Defendants.

21 Civ. 6305 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties' deadline to submit a joint letter and proposed case management plan is ADJOURNED to **December 13, 2021**, to allow mediation to proceed.

      SO ORDERED.

Dated: November 3, 2021
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge