UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raphy Sanchez,

                              Plaintiff,

            -against-

2050 Valentine Avenue LLC and, Chestnut
Holdings of New York, Inc.,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/20/2021
```

21 Civ. 6305 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated December 17, 2021.  ECF Nos. 20, 21. Defendants' request that the case be immediately sent to a settlement conference before a magistrate judge is DENIED.  The Court shall refer this case for a settlement conference before the Honorable Stewart D. Aaron near the close of fact discovery.  The parties are encouraged to informally continue settlement talks in the interim.

        SO ORDERED.

Dated: December 20, 2021
        New York, New York

_____
        ANALISA TORRES
        United States District Judge