USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/4/2022___

# Abdul Hassan Law Grou
## 215-28 Hillside Aven
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**April 1, 2022**

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>**Re: Sanchez v. 2050 Valentine Avenue LLC et al**</u>
**Case #: 21-CV-06305 (AT)(SDA)**
**Motion for Extension of Time**

Dear Judge Torres:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the April 1, 2022 deadline for Plaintiff file his motion for settlement approval. I am happy to report that the parties have worked through the issues and have now finalized the language in the settlement agreement, but the additional time is needed to arrange for final client review and signatures. It does not appear that any prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

GRANTED in part, and DENIED in part. The Court shall accept the filing made on April 2, 2022, ECF No. 27, as timely and shall GRANT a one-day extension *nunc pro tunc*. As the parties have filed the required settlement documents, no further extension is required and the request for a one-week extension is DENIED as moot.

SO ORDERED.

Dated: April 4, 2022
    New York, New York

_____
ANALISA TORRES
United States District Judge